

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00070-CV

| | | |
|---|---|---|
| JOHN NGUYEN AND JESLYN TRAN, Appellants | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-301461-18) |
| V. | § | August 26, 2021 |
| MINH NGUYEN AND NGA LE, Appellees | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants John Nguyen and Jeslyn Tran shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
     Justice Wade Birdwell